IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DEVELL CHAMBERS**   **PLAINTIFF**

V.   **CASE NO. 5:24-CV-5239**

**SHERIFF JAY CANTRELL,**
**Washington County, Arkansas;**
**LIEUTENANT AMANDA ARNOLD,**
**Washington County Detention Center (WCDC);**
**CORPORAL HENSON, WCDC;**
**DEPUTY MCCALLISTER, WCDC;**
**CORPORAL SANDY BROOKE, WCDC;**
**DEPUTY HUGHES, WCDC;**
**and DEPUTY MURPHY, WCDC**   **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than fourteen days have passed, and no party filed objections.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening pursuant to 28 U.S.C. § 1915A(b), **IT IS ORDERED** that:

- all claims against Defendant Cantrell are dismissed for failure to state a claim;
- all claims against Defendants Arnold, Henson, Brooke, and Murphy are dismissed for failure to state a claim;
- the denial of medical care claim is dismissed for failure to state a claim; and
- the denial of a meal and/or meals claim is dismissed for failure to state a claim.

**IT IS SO ORDERED** on this 11th day of February, 2025.

            */s/ Timothy L. Brooks*
            TIMOTHY L. BROOKS
            UNITED STATES DISTRICT JUDGE