IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DEVELL CHAMBERS**                                                                                                    **PLAINTIFF**

V.                                              **CASE NO. 5:24-CV-5239**

**DEPUTY TOMMY McCLELAND and**
**DEPUTY HOLDEN HUGHES**                                                                                **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 34) filed on November 4, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, the Motion for Summary Judgment for Failure to Exhaust Administrative Remedies by Defendants McCleland and Hughes (Doc. 20) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 1st day of December, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE